**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SACHIN AMIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NES GLOBAL, LLC,<br><br>Defendants. | Case No.: 8:21-CV-00567-DOC-KES<br><br>*[Assigned for all purposes to: The Honorable David O. Carter, Crtrm 9D]*<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITHOUT PREJUDICE [31]**<br><br>Action Filed:  January 7, 2021<br>Trial Date:    June 21, 2022 |

**ORDER**

Pursuant to the Parties' Stipulated Dismissal and Federal Rule of Civil Procedure 41(a)(1), this Action is dismissed without prejudice.

IT IS SO ORDERED.

DATE: May 17, 2022

_____
Hon. David O. Carter
United States District Judge